O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA and American Guarantee & Liability Insurance Company,<br><br>    Plaintiffs/Intervening Plaintiff,<br><br>    v.<br><br>Ready Pac Foods, Inc. and Taco Bell Corp.,<br><br>    Defendant/Intervening Defendant.<br>_____<br>Taco Bell Corp.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>St. Paul Fire and Marine Insurance Co.,<br><br>    Third-Party Defendant.<br>_____ | CV 09-3220 RSWL (MANx)<br><br>**ORDER Re: Intervening Defendant and Third-Party Plaintiff Taco Bell's *Ex Parte* Application for Continuance of Hearing Date [153]** |

1

1  Before the Court is Intervening Defendant and
2 Third-Party Plaintiff Taco Bell's *Ex Parte* Application
3 for Continuance of Hearing Date [153].  Having
4 considered the Application, as well as the Oppositions
5 submitted, the Court **HEREBY RULES AS FOLLOWS:**
6  The Court finds that good cause does not exist to
7 justify continuing the December 14, 2010 hearing date.
8 Accordingly, Intervening Defendant and Third-Party
9 Plaintiff Taco Bell's *Ex Parte* Application is **DENIED.**
10
11 DATED: December 06, 2010
12 **IT IS SO ORDERED.**
13
14                     / s /    RONALD S.W. LEW
15                     **HONORABLE RONALD S.W. LEW**
16                     Senior, U.S. District Court Judge

2