O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA and American Guarantee & Liability Insurance Company,<br><br>   Plaintiffs/Intervening Plaintiff,<br><br>   v.<br><br>Ready Pac Foods, Inc. and Taco Bell Corp.,<br><br>   Defendant/Intervening Defendant.<br><br>Taco Bell Corp.,<br><br>   Third-Party Plaintiff,<br><br>   v.<br><br>St. Paul Fire and Marine Insurance Company,<br><br>   Third-Party Defendant. | CV 09-3220 RSWL (MANx)<br><br>**ORDER Re: Third-Party Defendant St. Paul Fire And Marine Insurance Company's *Ex Parte* Application To Continue The Discovery Cut Off With Respect To The Deposition Of Ready Pac Foods, Inc. [179]** |

1

1    Before the Court is Third-Party Defendant St. Paul
2 Fire and Marine Insurance Company's *Ex Parte*
3 Application to Continue the Discovery Cut Off With
4 Respect to the Deposition of Ready Pac Foods, Inc.
5 [179].  Having considered the Application as well as
6 the Response submitted, the Court **HEREBY RULES AS**
7 **FOLLOWS:**
8    The Court finds that good cause does exist to
9 justify extending the discovery cut-off with respect to
10 the deposition of Ready Pac Foods, Inc.  Accordingly,
11 Third-Party Defendant St. Paul Fire and Marine
12 Insurance Company's *Ex Parte* Application to Continue
13 the Discovery Cut Off With Respect to the Deposition of
14 Ready Pac Foods, Inc. is **GRANTED**.
15    **IT IS HEREBY ORDERED** that the discovery cut-off
16 solely for the deposition of Ready Pac's Person(s) Most
17 Knowledgeable be continued to May 25, 2011.  However,
18 if the Court stays this action, the Court orders that
19 the discovery cut-off solely for the deposition of
20 Ready Pac's Person(s) Most Knowledgeable be continued
21 to 60 days after the Court issues an order lifting the
22 stay.

24 DATED: March 21, 2011
25 **IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2