**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA and American Guarantee & Liability Insurance Company,<br><br>    Plaintiff/Intervening Plaintiff,<br><br>    v.<br><br>Ready Pac Foods, Inc. and Taco Bell Corp.,<br><br>    Defendant/Intervening Defendant. | CV 09-3220 RSWL (MANx)<br><br>**JUDGMENT ON THE LOST PATRONAGE CLAIM** |
| Taco Bell Corp.,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>St. Paul Fire and Marine Insurance Company,<br><br>    Third-Party Defendant. | |

In accordance with the Court's Order granting Plaintiff National Union Fire Insurance Company's Motion for Certification of FRCP 54(b) Judgment and Request for Stay of Proceedings,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there is no just reason for delay of entry of final judgment with regard to Taco Bell's claim for coverage for the losses suffered because of the decline in patronage at all Taco Bell restaurants as a consequence of the bodily injuries suffered by Taco Bell customers and property damage to Taco Bell food products ("Lost Patronage Claim").

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court's March 18, 2011 Amended Order granting the Motions for Partial Summary Judgement of Plaintiff National Union Fire Insurance Company ("National Union"), Third-Party Defendant St. Paul Fire and Marine Insurance Company ("St. Paul Fire") and Plaintiff-in-Intervention American Guarantee & Liability Insurance Company ("American Guarantee") with regard to the Lost Patronage Claim is certified as a final judgment pursuant to Federal Rule of Civil Procedure 54(b). Moreover, further proceedings in this case are hereby stayed until resolution of any appeal.

Plaintiff National Union is ordered to file a status report on or before August 10, 2011 and every ninety days thereafter, until further order of the Court. The Clerk of the Court is hereby directed to

enter final judgment in favor of Plaintiff National Union, Third-Party Defendant St. Paul Fire, and Plaintiff-in-Intervention American Guarantee with regard to the Lost Patronage Claim pursuant to Federal Rule of Civil Procedure 54(b).

DATED: May 9, 2011
**IT IS SO ORDERED.**

_RONALD S.W. LEW_
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge
