JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>　　　　Plaintiffs/Intervening Plaintiff,<br><br>　　v.<br><br>READY PAC FOODS, INC. and TACO BELL CORP.,<br><br>　　　　Defendant/Intervening Defendant. | Case No. CV 09-3220 RSWL (MANx)<br><br>**ORDER RE DISMISSAL**<br><br>Date:　　　　　None<br>Time:　　　　　None<br>Judicial Officer: Ronald S.W. Lew<br>Courtroom:　　21 |
| TACO BELL CORP.,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE CO.,<br><br>　　　　Third-Party Defendant. | |

///
///
///

ORDER PURSUANT TO F.R.C.P
41(A)(1)(A)(II)
CV 09-3220 RSWL (MANx)

**ORDER**

Pursuant to the Stipulation re Dismissal, all claims, counterclaims, cross-claims and third party claims in the above-action are hereby dismissed with prejudice in their entirety, except Intervening Plaintiff American Guarantee and Liability Insurance Company's Complaint-in-Intervention which is dismissed without prejudice. The Parties shall bear their own attorneys' fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: __12-21-12_____

RONALD S.W. LEW_
Hon. Ronald S.W. Lew
Senior, U.S. District Court Judge

Submitted By:

Robert J. Harris (Admitted *pro hac vice)*
rharris@harriswinick.com
Jeffrey B. Charkow (Admitted *pro hac vice)*
jcharkow@harriswinick.com
**HARRIS | WINICK LLP**
333 West Wacker Drive, Suite 2060
Chicago, IL  60606
Telephone:  (312) 662-4600
Facsimile:    (312) 662-4599

Robert C. O'Brien (State Bar No. 154372)
obrien.robert@arentfox.com
David G. Bayles (State Bar No. 208112)
bayles.david@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:   (213) 629-7400
Facsimile:     (213) 629-7401

Attorneys for Intervening Defendant/
Third- Party Plaintiff **TACO BELL CORP.**

LA/395595.1

ORDER PURSUANT TO F.R.C.P
41(A)(1)(A)(II)
CV 09-3220 RSWL (MANx)